UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62352-CIV-COHN/SELTZER

HOWARD COHAN,

    Plaintiff,

v.

SHRI RAJ, INC.,
d/b/a Cascades Motel,

    Defendant.
_____/

## ORDER STRIKING FILING

**THIS CAUSE** is before the Court upon Defendant Shri Raj, Inc.'s Motion to Contest Final Judgment [DE 13] ("Motion"). The Motion was filed on behalf of Defendant Shri Raj, Inc. ("SRI")—a corporation—by Richard Charles, who is apparently a principal of the company. See DE 13 at 1. But nothing indicates that Charles is an attorney admitted to practice before this Court. See S.D. Fla. L.R. 11.1; S.D. Fla. Special Rules Governing the Admission and Practice of Attorneys.

Parties in federal court are generally allowed to "plead and conduct their own cases personally or by counsel." 28 U.S.C. § 1654. "It has been the law for the better part of two centuries," however, "that a corporation may appear in the federal courts only through licensed counsel." Rowland v. Cal. Men's Colony, 506 U.S. 194, 201-02 (1993); see Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985). This rule applies even when the person seeking to appear on the corporation's behalf is a corporate officer or shareholder. See Palazzo, 764 F.2d at 1385. Charles, therefore, may not represent SRI on a pro se basis. See Lattanzio v. COMTA, 481 F.3d 137, 139

(2d Cir. 2007) (per curiam) ("[A] layperson may not represent a separate legal entity such as a corporation."). If SRI wishes to appear in this action, it must be represented by counsel. See Palazzo, 764 F.2d at 1385.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant Shri Raj, Inc.'s Motion to Contest Final Judgment [DE 13] is hereby **STRICKEN** from the record. Again, if SRI seeks to challenge the final judgments or otherwise appear in this case, SRI must retain counsel to represent it; and

2. Plaintiff's counsel shall promptly serve a copy of this Order on Defendant SRI.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of April, 2015.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF